AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**FACUNDO SEBASTIAN DIAZ**<br><br>*Defendant.* | )<br>)<br>) Case No. 20-6029-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/29/2019-1/20/2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2422(b) | using any facility and means of interstate commerce, that is, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph R. Oliver, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/21/2020

*Judge's signature*

City and state: __Fort Lauderdale, Florida__    Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph R. Oliver, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal criminal law involving the sexual exploitation of children, including the sexual enticement of minors. I have been an FBI SA since August 2016. Prior to my employment with the FBI, I worked as a Police Officer and Crimes Against Children Detective with the Lexington Police Department in Kentucky from August 2012 to August 2016 where I responded to and investigated cases involving violent crimes against children.

2. I am a law enforcement officer within the meaning of Title 18, United States Code ("U.S.C."), Section 2510(7), and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the Unites States Code, and for offenses against the United States.

3. This affidavit is made in support of probable cause for the arrest of FACUNDO SEBASTIAN DIAZ ("DIAZ") who did, using any facility and means of interstate commerce, knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b). Since this affidavit is being submitted for the limited purpose of demonstrating probable cause in support of the criminal complaint against DIAZ, I have not included each and every fact known by me concerning

this investigation, and have included only those facts and circumstances that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint and arrest warrant. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

## PROBABLE CAUSE

4.   On January 10, 2020, a Task Force Officer with Hollywood Police Department interviewed a 13-year-old minor victim ("MV") in reference to online enticement. MV moved to the United States at or around October of 2019, was lonely, and was having a difficult time making friends. Therefore, MV downloaded the app called Monkey, which is a social app designed to meet new people via video chat and typed messages. While on Monkey, a male named Sebastian or "Seb" for short (later identified by law enforcement as FACUNDO SEBASTIAN DIAZ), messaged her. DIAZ described himself as 17-year-old Hispanic male. Eventually, the conversation moved to Snapchat, Instagram, and standard text messaging where DIAZ communicated his intent to meet up with MV in-person. Initially, MV fed into it the plan, but she had no intention in meeting up with DIAZ. DIAZ liked MV, bought her a Christmas present, and could not wait to meet up with her in-person.

5.   MV became uncomfortable, scared, and nervous; therefore, MV told DIAZ she did not want to talk anymore. In response, MV blocked DIAZ on Monkey, Snapchat, and Instagram. One day, MV became bored and was lonely, so she unblocked DIAZ. During one of the conversations, DIAZ asked for her location and MV sent him the GPS location of her residence. In response, DIAZ sent MV a picture of a map with a circle around the tennis courts, explaining

he could meet her there. DIAZ stated, "I'm seriously like 5 blocks from u lol I can go walking." MV became nervous because DIAZ was a stranger and blocked him again. MV has not talked to him since.

6. MV saved DIAZ in her phone as "Seb", who utilized phone number 305-766-0210. MV estimated they communicated on-and-off for approximately two months between the various applications. DIAZ sent a picture of his face, which depicted a Hispanic male, whom MV believed to be in his 20s even though he identified himself as 17 years old. MV told DIAZ she was 13 years old. DIAZ also asked her if she wanted to smoke weed and drink tequila with him. He also referred to MV as "Babe" and told her he wanted to kiss her.

7. MV's mother later looked through her phone and located the messages. Her mother became worried, had a conversation with her about it, and reported the incident to the Hollywood Police Department. Verbal and written consent was granted to search MV's phone and assume her online identity.

8. An open source search of telephone number, 305-766-0210, revealed it was listed to FACUNDO SEBASTIAN DIAZ with a registered address of 5901 Washington Street, Apartment 248, Hollywood, Florida 33023. This address was within walking distance, approximately 1.5 miles, from MV's residence as described by Sebastian or "Seb", utilizing the above telephone number. A search of that address within the Florida Driver and Vehicle Information Database ("DAVID") revealed the resident of that apartment was FACUNDO SEBASTIAN DIAZ with a date of birth of October 27, 1987, making him 32 years old. The driver's license photograph of DIAZ appeared strikingly similar to the photographs located on the Instagram account, "spectrenight_d", that MV communicated with him on. Furthermore, one of

3

the Snapchat accounts the subject used to communicate with MV was "elsebas1027". "Seb" is found in the middle of this Snapchat moniker and the numbers "1027" are the first four digits of DIAZ' birthdate, October 27.

9. On Thursday, January 16, 2020, a law enforcement officer acting in an undercover capacity (the "UC") initiated contact via text message with DIAZ, who was saved as "Seb" in MV's phone and utilized phone number 305-766-0210. During the conversation, DIAZ made a few comments regarding MV's age such as, "You are obviously too mature for kids your age" and "Like I said, you are way too mature for guys and girls your age that's why it's hard for you to find friends. You are in a totally different level". In response to this, the UC replied, "Maybe you're right…13 year olds are immature. How old do you think I act?" DIAZ answered, "You act like you are 16-17. That's why I enjoy talking to you". The topics of attending school, living with her mom, and being grounded were also discussed, which can be indicative of someone under eighteen years of age.

10. In the middle of the conversation, DIAZ sent the UC an audio file, which he recorded of a song he sang while playing the guitar. The file's name was "Washington St.m4a", which was the name of the street DIAZ lives on according to his Florida driver's license. DIAZ was also known to play guitar in a band and one of the Snapchat accounts he previously communicated with MV on was "guitargodlike". Also, approximately mid-conversation, DIAZ told the UC he still had MV's gift, which he ended up sending a picture of. The gift was Bebe's Kiss Me Parfum Spray for Women.

11. In addition, throughout the conversation with the UC, DIAZ referred to MV as "attractive", "beautiful", "gorgeous", "looking amazing", and "hot af". Your affiant is aware that

4

"af" stands for "as fuck". DIAZ also stated, "I miss looking at your bikini pic lol", "Yeah I'm gonna imagine your bikini pic lol", and "Sucks you don't have that bikini in your IG". The UC asked, "Why do you want to see that so bad?" DIAZ later explained he might "do things looking at that pic" and specifically "things that include my hand".

12. From this point forward, the conversation turned very graphic where DIAZ explained all the sexual acts he wanted for the two of them to perform on one another to include mutual masturbation and oral sex. In the context of sexual activity, DIAZ advised he could teach MV and stated, "For you I'll be the best teacher." DIAZ described the size of his penis as "7 ½ big" and "a little bigger than the size of your phone". DIAZ previously referenced MV's phone as an i-Phone 11 Pro.

13. Toward the end of the conversation, DIAZ expressed his desire to meet up with MV in-person. DIAZ asked, "Can you sneak out?" and attempted to set up a time for the two of them to meet.

14. On Friday, January 17, 2020, DIAZ and the UC again communicated via text message. DIAZ commented on MV's physical appearance, he wanted her to sneak out of the house, he discussed his desire to be her "teacher", and to engage in sexual activity with her to include mutual masturbation and oral sex. DIAZ also agreed to bring "fruity" flavored condoms for MV to use during oral sex.

15. On Saturday, January 18, 2020, DIAZ and the UC continued communicating via text message. DIAZ again discussed his desire for MV to sneak out of the house. During this conversation, plans were also developed to have an in-person meeting to engage in sexual activity

5

on Monday morning, January 20, 2020. DIAZ described the outfit he wanted MV to wear and the sexual activity he wanted to engage in with MV to include oral sex.

16. On Sunday, January 19, 2020, DIAZ and the UC further communicated via text message. Again, the in-person meeting was discussed along with the outfit he wanted MV to wear. DIAZ also sent a video taken from inside of his motor vehicle, which was a Volkswagen Jetta. DIAZ further described the sexual activity he wanted to engage in with MV to include oral and vaginal sex.

17. On Monday, January 20, 2020, DIAZ arrived at the designated location in Hollywood, Florida to meet with MV, while driving a Volkswagen Jetta. DIAZ was taken into federal custody without incident. The search incident to arrest revealed DIAZ was in possession of one tropical flavored condom, his keys, and a cell phone. Also, in plain view, inside the Volkswagen Jetta, a gift bag which DIAZ had previously discussed bringing for MV via text message was observed.

## CONCLUSION

18. Based on the forgoing, I respectfully submit that there is probable cause to believe that FACUNDO SEBASTIAN DIAZ, did, using any facility or means of interstate commerce, knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the

age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Joseph R. Oliver, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 21 day of January, 2020.

_____
**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**